Crystal Lee Fredericks, Community Corrections Manager, Community Corrections Office, Minneapolis, MN, pro se.

Before MORRIS SHEPPARD ARNOLD, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

On November 18, 2003, a jury found Crystal Lee Fredericks guilty of possession with intent to distribute a controlled substance-five grams or more of methamphetamine. The district court[1] sentenced Fredericks to sixty-three months' imprisonment, with a four-year term of supervised release. This appeal followed.

This case was submitted to the court pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fredericks' counsel moves to withdraw, arguing that there exists no appealable is-

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the

sues in this case and that Fredericks no longer wishes to pursue her appeal.

Having carefully reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Further, we find no dispute with the assertions of Fredericks' counsel concerning Fredericks' own wishes. Accordingly, we affirm and grant counsel's motion to withdraw.

**Lloyd R. TRACKWELL, Appellant,**

v.

**State of NEBRASKA, Appellee.**

No. 04–1692.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 13, 2004.

Decided April 19, 2005.

Mary C. Wickenkamp, Lincoln, NE, for Appellant.

Lloyd R. Trackwell, Lincoln, NE, pro se.

Before MORRIS SHEPPARD ARNOLD, BEAM, and RILEY, Circuit Judges.

District of North Dakota.

**PER CURIAM.**

For the reasons adequately set forth in the district court's order of January 28, 2004, and because a defendant may seek coram nobis relief only from the court that rendered judgment, *Obado v. New Jersey,* 328 F.3d 716, 718 (3d Cir.2003), we lack jurisdiction. Accordingly, we dismiss the appeal.[1]

1. Appellant's motion for leave to file amended pleading in aid of jurisdiction is hereby granted.